## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**FREDRICK J. GAILOR, JR.** and
**CATHERINE ANN FORM,**

      **Plaintiffs,**

**v.**                               **Case No. 3:20cv4494-TKW-EMT**

**WALMART CORPORATION STORE**
**#3235, et al.,**

      **Defendants.**

_____/

## **O R D E R**

    This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8) and Plaintiffs' objection (Doc. 9). Based on my de novo review of the issues raised in the objection, I agree with the magistrate judge's determination that this case should be transferred to the Southern District of Florida because it involves allegations of public accommodation discrimination by employees of a Walmart store located in North Miami Beach. *See* 28 U.S.C. §1391(b)(2) (explaining that venue is proper in the district in which a substantial part of the events or omissions giving rise to the claim occurred).

    The Court has not overlooked Plaintiffs' conclusory assertion that they "fear provable prejudice from Dade County" (Doc. 9, at 1); however, there is no basis for this assertion in the record, and even if there was, it would have no bearing on the

question of the proper venue for this suit.  Moreover, it is noteworthy that this case is being transferred to another <u>federal</u> district court over which Dade County has no control or influence.

Accordingly, it is **ORDERED** that:

1. Plaintiffs' objection (Doc. 9) is overruled, and the magistrate judge's Report and Recommendation (Doc. 8) is adopted by the Court and incorporated into this Order.

2. This case is **TRANSFERRED** to the Southern District of Florida, and the Clerk shall close the file in this Court.

**DONE and ORDERED** this 8th day of June, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

2